IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHALID BERNY,

     Plaintiff,                        No. 2:08-cv-1715 GEB JFM PS

   vs.

COUNTY OF YOLO, et al.,

     Defendants.                ORDER

_____/

        Plaintiff is proceeding pro se. Plaintiff has filed an in forma pauperis affidavit in which he states that he is presently unemployed; he is self-employed on his own farm, but has had no revenues for the past four years. However, plaintiff states that he owns property with the approximate value of $232,000.00. Plaintiff also has the total amount of $21,000.00 in cash or checking or savings accounts, although plaintiff received a $20,000.00 loan from his parents last month.

        Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor." 28 U.S.C. § 1915(a). The amount of plaintiff's assets shows that plaintiff is able to pay the filing fee

1

1  and costs.  Thus, plaintiff has made an inadequate showing of indigency.  See Alexander v.
2  Carson Adult High Sch., 9 F.3d 1448 (9th Cir. 1993); California Men's Colony v. Rowland, 939
3  F.2d 854, 858 (9th Cir. 1991); Stehouwer v. Hennessey, 841 F. Supp. 316, (N.D. Cal. 1994).
4  Plaintiff will therefore be granted twenty days in which to submit the appropriate filing fee to the
5  Clerk of the Court.  Plaintiff is cautioned that failure to pay the fee will result in a
6  recommendation that the application to proceed in forma pauperis be denied and the instant
7  action be dismissed without prejudice.
8         Accordingly, IT IS HEREBY ORDERED that, within twenty days from the date
9  of this order, plaintiff shall submit the appropriate filing fee.
10 DATED:  August 21, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

14  /001; berny.ifpd

2