1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KHALID BERNY, et al.,

11           Plaintiffs,                    No. 2:08-cv-1715 GEB JFM PS

12       vs.

13   COUNTY OF YOLO, et al.,

14           Defendants.              ORDER

15   _____/

16           On February 19, 2009, this case came on for status conference.  Khalid Berny

17   appeared.  The docket does not reflect service of process on any of the named defendants.

18           By order filed September 10, 2008, the parties were directed to file a status report

19   that addressed, *inter alia*, service of process and scheduling, no later than seven days prior to the

20   status conference set for February 19, 2009.  Plaintiff has failed to file a status report.  In

21   addition, the September 10, 2008 order cautioned plaintiff that this action may be dismissed if

22   service of process was not accomplished within 120 days from the date that the complaint was

23   filed.  Fed. R. Civ. P. 4(m).  Also, Local Rule 11-110 provides that failure to comply with the

24   Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or

25   Rule or within the inherent power of the Court."

26

1

1    After hearing from plaintiff, the court granted plaintiff an additional thirty days in

2    which to accomplish service of process.  Plaintiff was cautioned, however, that failure to

3    accomplish service of process within that time frame would result in a recommendation that this

4    action be dismissed.

5    Accordingly, IT IS HEREBY ORDERED that plaintiffs shall accomplish service

6    of process on all defendants within thirty days from the date of this order.  Failure to comply with

7    this order will result in a recommendation that this action be dismissed pursuant to Fed. R. Civ.

8    P. 4(m).

9    DATED:  February 19, 2009.

10

11    UNITED STATES MAGISTRATE JUDGE

12

13    /001;berny.eot

14

15

16

17

18

19

20

21

22

23

24

25

26