1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KHALID BERNY, et al.,

11              Plaintiffs,                    No. 2:08-cv-1715 GEB JFM PS

12        v.

13   UNITRIN, INC., ET AL.,                    ORDER AND

14              Defendants.                    FINDINGS AND RECOMMENDATIONS

15   _____/

16              By order filed February 20, 2009, plaintiff was directed to accomplish service of

17   process on all defendants within thirty days.  Plaintiff was cautioned that failure to comply with

18   that order would result in a recommendation that this action be dismissed pursuant to Fed. R.

19   Civ. P. 4(m).

20              Plaintiff has filed no declaration attesting to service of process on any defendant.

21   Pursuant to Federal Rule of Civil Procedure 4(m), the court may dismiss an action where service

22   of summons is not made within 120 days after the filing of the complaint.  In the order setting

23   status conference, filed September 10, 2008, plaintiff was cautioned that this action may be

24   dismissed if service was not timely completed.

25              By this court's February 20, 2009 order, plaintiff was cautioned that failure to

26   timely comply with that order would result in a recommendation that this action be dismissed.

1

1  Plaintiff has not responded to that order and has apparently made no effort to serve any defendant

2  with summons.  Accordingly, this action should be dismissed.  Fed. R. Civ. P. 4(m).

3        IT IS HEREBY RECOMMENDED that this action be dismissed.  Fed. R. Civ. P.

4  4(m).

5        These findings and recommendations are submitted to the United States District

6  Judge assigned to the case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days

7  after being served with these findings and recommendations, any party may file written

8  objections with the court and serve a copy on all parties.  Such a document should be captioned

9  "Objections to Findings and Recommendations."  The parties are advised that failure to file

10  objections within the specified time may waive the right to appeal the District Court's order.

11  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

12  DATED:  March 26, 2009.

14  UNITED STATES MAGISTRATE JUDGE

16  001; berny.4mfr