IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHALID BERNY, et al.,

    Plaintiffs,                        2:08-cv-1715-GEB-JFM-PS

    v.

UNITRIN, INC., ET AL.,

    Defendants.                ORDER

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On March 27, 2009, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.[1]

///

---

[1] However, on April 10, 2009, defendants filed a motion to dismiss which was noticed for hearing May 28, 2009. In light of the instant order, defendants' motion to dismiss will be denied without prejudice and the hearing vacated.

1

| | |
|---|---|
| 1 | The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that: |

1. The findings and recommendations filed March 27, 2009, are adopted in full;

2. This action is dismissed; and

3. Defendants' April 10, 2009 motion to dismiss is denied without prejudice; the May 28, 2009, hearing set before the Honorable John F. Moulds is vacated.

Dated: April 23, 2009

GARLAND E. BURRELL, JR.
United States District Judge